UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-CV-12003-RWZ

STORAGE CAP LEASING, LLC et al.

v.

WOODNB, LLC et al.

ORDER

August 30, 2021

ZOBEL, S.D.J.

Plaintiffs have moved for entry of a protective order, which defendants oppose. (Docket ## 46, 47). In light of plaintiffs' representations regarding the nature of the documents it seeks to protect and the relatively small number of documents to be designated confidential (less than 360) or attorneys' eyes only (less than 85), the motion (Docket # 46) is ALLOWED.

_August 30, 2021_  
DATE

_/s/ Rya W. Zobel_  
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE